UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SUKHJINDER SINGH,                                       :
                                                        :
                Plaintiff,         :     **ECF CASE**
                                                        :
    v.                                                :
                                                        :     08 Civ. 4920 (CM)
MICHAEL B. MUKASEY, et al.                              :
                                                        :
                Defendants.       :     NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          June 4, 2008

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York

                            By:   /s/_____
                                      NATASHA OELTJEN
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2769
                                      Facsimile: (212) 637-2786
                                      Email: natalia.oeltjen@usdoj.gov

TO:    Mitchell C. Zwaik
         3900 Veterans Memorial Highway, Suite 120
         Bohemia, NY 11716