**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUKHJINDER SINGH,

                Plaintiff,

- against -

MICHAEL B. MUKASEY, Attorney General of the United States of America; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; ROBERT S. MUELLER III, Director, Federal Bureau of Investigations; EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services; ANDREA QUARANTILLO, District Director, U.S. Citizenship and Immigration Services, New York District Office,

                Defendants.

Docket No. 08 Civ. 4920 (CM)
A79-115-346

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
July ___, 2008

MITCHELL C. ZWAIK & ASSOCIATES
Attorneys for Petitioner

_/s/ Mitchell Zwaik_
Mitchell C. Zwaik, Esq.
3900 Veterans Memorial Highway, Suite 120
Bohemia, New York 11716
Tel  (631) 588-4040
Fax  (631) 588-7175

SO ORDERED:
_/s/ Colleen McMahon_
Hon. Colleen McMahon
United States District Judge

7-21-08

New York, New York
July 17, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_/s/ Natasha Oeltjen_
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

TOTAL P.02